ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
FAX: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SATNAM KAUR, <br> Plaintiff, <br> v. <br> UR JADDOU, in her official capacity as Director of United States Citizenship Services, *et al.*, <br> Defendants. | C 3:23-cv-00918 LJC <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until November 29, 2023. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiffs for August 1, 2023. After Mrs. Kaur's interview concludes, USCIS will work expeditiously to finalize the adjudication no later than one hundred twenty (120) days from the date of Mrs. Singh's interview with USCIS, absent unforeseen or exceptional circumstances that

would require additional time for adjudication. If USCIS cancels or reschedules Mrs. Kaur's interview, USCIS will reschedule the interview for a date not more than 4 weeks from the originally scheduled date.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 29, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: April 13, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 13, 2023

 /s/ Jessica T. Arena
JESSICA T. ARENA
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 13, 2023

LISA J. CISNEROS
United States Magistrate Judge